# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) | Case: 1:22-mj-00047 |
|---|---|---|
| v. | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 3/1/2022 |
| Ralph Joseph Celentano III | ) | Description: Complaint with Arrest Warrant |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Ralph Joseph Celentano III _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings

Zia M. Faruqui
2022.03.02
17:05:25 -05'00'

Date:     03/02/2022 _____     _____
*Issuing officer's signature*

City and state:     Washington, D.C. _____     Zia M. Faruqui, U.S. Magistrate Judge _____
*Printed name and title*

---

### Return

This warrant was received on *(date)* __3/2/22__ , and the person was arrested on *(date)* __3/19/22__
at *(city and state)* __Broadchannel NY__ .

Date: __3/19/22__     _____
*Arresting officer's signature*

David Elis, Special Agent
*Printed name and title*