**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

November 29, 2022

*Via Email and ECF*
The Honorable Judge Timothy J. Kelly
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Re: *United States v. Ralph Joseph Celentano III*, 22-CR-186 (TJK)

Dear Judge Kelly:

    I write on behalf of Ralph Joseph Celentano III to request a temporary bail modification/travel request. Mr. Celentano's current bail conditions require that his travel be limited to the Eastern District of New York. Mr. Celentano now requests a temporary modification to allow him to go to Easton, Connecticut for the day on December 4, 2022, with his family to get a Christmas tree. Pretrial does not object to this request. The government also does not object to this request.

    Thank you for your time and consideration of this request.

Respectfully Submitted,

/s/
Marissa Sherman
Assistant Federal Defender
(347) 802-7048

cc:    AUSA Jacqueline Schesnol (via Email and ECF)
        Pretrial Services Officer Anna Lee (via Email)
        Pretrial Services Officer Katrina Stanford