# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. Crim. Action No. 22-186 (TJK) |
| Ralph Celentano | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ralph Celentano  .

Date:     02/10/2023

/s/ Kathryn Wozencroft
*Attorney's signature*

Kathryn Wozencroft
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201
*Address*

kathryn_wozencroft@fd.org
*E-mail address*

(718) 330-1207
*Telephone number*

(718) 855-0760
*FAX number*