Celentano:

Heading to Washington tonight for the stop the steal rally tomorrow

1/5/2021 4:29:34 PM

Celentano:

We got a room for the night and DC so we could stay the whole day and when it gets late

1/5/2021 5:19:11 PM

Lil Ralphie:

Looks like dems are going to control both houses

1/6/2021 4:23:50 PM

Celentano:

We took the Capitol building pepper sprayed tear gassed and we fought i think jenny saw a part of me she didnt need to see

1/6/2021 11:06:07 PM

Celentano:

Check on him like trump said it was wild

1/6/2021 11:17:11 PM

Celentano:

It was awesome to know when i need to turn it on its like flipping switch and boom i still got it

**1/6/2021 11:19:53 PM**

Celentano:

Good it was wild bro

**1/6/2021 11:25:48 PM**

Celentano:

During a Malay we got separated and i found her cheering the crowd on she is a bad ass chic shes in the middle of picture awesomely fist pumping as we cheered we the people ove and over

**1/9/2021 7:34:46 PM**

Celentano:

Me and like 15 guys one guys yelled out lock arms and one step at a time till they started hitting us with battons and a couple guys behind them spraying us with pepper spray the it all got wild fighting then we broke thru a line and took that whole area ever

**1/9/2021 7:39:21 PM**

Celentano:

It was a day ill always remember

**1/9/2021 7:40:06 PM**

Celentano:

Bigger then any concert or anything ive seen like a biblical amount of people

**1/9/2021 7:50:05 PM**

Celentano:

Iam proud jen hung in like she did she was right there pouring water on peoples eyes as tear gas cans were inbound over head screaming push foward

**1/9/2021 7:52:40 PM**