> Celentano:
>
> Hey Cam hope all is well by you jen and I went to DC to the big stop the steal rally
>
> **1/7/2021 4:11:07 PM**

> Celentano:
>
> Camile we had the time of our lives even with being pepper sprayed and tear gassed we would do it all over again
>
> **1/7/2021 6:51:58 PM**