**Celentano:**

Head to DC at 3 am to save AMERICA from the commiesf

**1/5/2021 11:44:45 PM**

**Celentano:**

We took the Capitol kenny jenny and i fought the Capitol hill police and won we got pepper sprayed tear gassed but we fought and we kicked ass

**1/6/2021 11:16:25 PM**

Kenny One Punch Pena:

Your the fucking man!!! Becareful! Love ya

**1/6/2021 11:18:53 PM**

Kenny One Punch Pena:

Wow

**1/6/2021 11:25:28 PM**

Celentano:

In hotel in DC TONIGHT

**1/6/2021 11:26:11 PM**

Kenny One Punch Pena:

There calling you guys terrorists on tv

**1/6/2021 11:29:16 PM**

Kenny One Punch Pena:

Treasonous

**1/6/2021 11:29:39 PM**

Kenny One Punch Pena:

Bs

**1/6/2021 11:29:48 PM**