**Celentano:** Getting ready to head out to Washington DC
1/5/2021 6:25:07 PM

**Debbie:** U going to watch Joe get swarm in
1/5/2021 6:28:38 PM

**Celentano:** He isn't going to be president
1/5/2021 7:56:31 PM

**Debbie:** Yes he is
1/5/2021 7:59:33 PM

**Celentano:** No he isn't
1/5/2021 8:01:43 PM

**Debbie:** The clown goes at 1/20/2022 12:00 noon we have people for that
1/5/2021 8:05:06 PM