Celentano:

Going to Washington DC for jan 6th stop the steal rally

**1/1/2021 10:19:03 PM**

Franklyn:

Damn you going down to stop the steel that should be interesting

**1/1/2021 10:26:17 PM**

Franklyn:

Oh snap time to teach some of these never had a fight in there life mofos what time it is

**1/5/2021 6:30:32 PM**

Celentano:

They sure are not a fighting generation

**1/5/2021 7:55:38 PM**

Franklyn:

That's for sure
they haven't faced adversity they have had a easy ride in the left wing states that isn't gonna fly every wthough

**1/5/2021 7:59:19 PM**

Celentano:

We took the Capitol frank jenny and i fought the Capitol hill police and won we got pepper sprayed tear gassed but we fought and we kicked ass

**1/5/2021 11:44:45 PM**

Celentano:

Frank you always wonder do i have it the way we used to the fight in bars

**1/6/2021 11:29:50 PM**

Franklyn:

You always have at least one good round in ya. Get outta before they start rounding people up

**1/6/2021 11:35:24PM**

Celentano:

We are at hotel

**1/6/2021 11:33:27PM**

Franklyn:

Nice it was historical

**1/6/2021 11:37:01 PM**

Celentano:

View of Washington monument from my hotel room

**1/7/2021 2:24:06 AM**

Franklyn:

Very cool

**1/7/2021 2:27:46 AM**

Franklyn:

Cool beans when y.a going home

**1/7/2021 4:34:49 PM**

Celentano:

On the road left DC around 11

**1/7/2021 5:14:34 PM**

Franklyn:

How ya holding up over there

**1/12/2021 3:52:13 PM**

Celentano:

Were ok got some bumps iam ok nothing that wont heal

**1/12/2021 3:50:51 PM**

Celentano:

Batton nearly broke he wasnt happy after it we over ran Capital hill cops position

**1/12/2021 4:12:57 PM**

Franklyn:

Be careful there rounding up all the people. It's bullshit.

**1/12/2021 3:52:13 PM**

Celentano:

Yea iam a little nervous nothing like when i had the gardens i was paranoid you know look we didnt enter the building we just want to occupy the Capital grounds then tears gas cans came from over head in to crowd then they rushed us and it was fight or flight and i dont run when chased ,some guy yelled out lock arms so a group us did and wouldnt let them push us back thats when they started the close quarters pepper spraying us as soon as the one lifted his batton and started hitting me it became personal like

**1/9/2021 7:52:40 PM**