UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RALPH JOSEPH CELENTANO III,

*Defendant.*

Criminal Action No. 22-186 (TJK)

## VERDICT FORM

Please indicate your verdicts with a checkmark. Your verdict on each count must be unanimous.

**Count One:** Assaulting, Resisting, or Impeding Officer Kendrick Ellis
18 U.S.C. § 111(a)(1)

    **A.**   **Verdict on Count One**

        Not Guilty _____        Guilty ✓

If your verdict on Count One is "Not Guilty," skip Part B and proceed to Count Two. If your verdict on Count One is "Guilty," proceed to Part B.

    **B.**   **Further Questions on Count One**

Which of the following condition or conditions do you unanimously find the government has proven beyond a reasonable doubt?

        **Condition One:** The defendant made physical contact with Officer Kendrick Ellis.

        No _____        Yes ✓

        **Condition Two:** The defendant acted with the intent to commit another felony.

        No _____        Yes ✓

If and only if you answered "Yes" to Condition Two, which felony or felonies do you unanimously find that the defendant acted with the intent to commit?

Count Two, Interference with Officers During a Civil Disorder ✓

Count Seven, Obstructing an Official Proceeding _____

**Count Two:** Interference with Officers During a Civil Disorder
18 U.S.C. § 231(a)(3)

    **A.**    **Verdict on Count Two**

Not Guilty _____    Guilty ✓

If your verdict on Count Two is "Not Guilty," skip Part B and proceed to Count Three. If your verdict on Count Two is "Guilty," proceed to Part B.

    **B.**    **Further Questions on Count Two**

Which of the following condition or conditions do you unanimously find the government has proven beyond a reasonable doubt?

**Condition One:** The civil disorder obstructed, delayed, or adversely affected commerce or the movement of an article or commodity in commerce.

No _____    Yes ✓

**Condition Two:** The civil disorder obstructed, delayed, or adversely affected the conduct or performance of a federally protected function.

No _____    Yes ✓

**Count Three:** Entering or Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(1)

Not Guilty _____        Guilty ✓

**Count Four:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)

Not Guilty _____        Guilty ✓

**Count Five:** Engaging in Physical Violence in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)

Not Guilty _____        Guilty ✓

**Count Six:** Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(F)

Not Guilty _____        Guilty ✓

**Count Seven:** Obstructing an Official Proceeding and Aiding and Abetting
18 U.S.C. § 1512(c)(2)

Not Guilty ✓        Guilty _____

Date: 6/12, 2023

Signature of Foreperson