# Exhibit E

Honorable Judge Timothy J. Kelly,

    My name is Patricia Celentano and I am the mother of Ralph and Frank Celentano, the grandmother of eight children and the great-grandmother of five children. I was married then divorced and raised my children as a single mother. I got a G.E.D. and attended Queens College on the SEEK program and graduated with a B.A. During college I became an activist and took my children to peaceful protests. I worked for Blue Cross Blue Shield for 12 years and as a consultant for NYC Administration for Children Services until I retired 12 years ago.

    The purpose of this letter is to give you a better understanding of who Ralph is and some of the obstacles he has overcome. As a child Ralph was diagnosed with auditory and visual dyslexia and tested high in other areas of learning. He attended public school and attended the health class which was a catchall for learning disorders and other disabilities.

    He was a very healthy and strong person who did not have trouble finding work in the construction field. Eventually, he got into the carpenters union where he attended classes, union meetings, and worked his way up in the profession. There was an accident in 2018 at work where Ralph was badly injured. Ralph who prided himself at being strong was left with many injuries. He has undergone six operations and been on medication and in physical therapy to this day. I think at times he has been very depressed. Then the pandemic and the isolation came. I guess it was the perfect storm for people to turn on the T.V. and get excited about politics.

    Ralph's arrest was on the T.V. and in newspapers. It was a shock and embarrassment to the family and friends. Especially since my father was a NYC Police Officer and Ralph was his favorite. It was just so out of character for Ralph. His four adult children received calls from their friends asking them about it. They were angry with him but still on talking terms. He would get his other two boys for the summer. As a result of his arrest he did not get the children for this summer and he and the family were denied visitation.

    I believe Ralph has taken responsibility and has remorse for his actions. Ralph is a good son and is as supportive of me as I am of him. I hope you have mercy on my son as he is not healthy, a good father, son, brother, uncle and friend to the people in his life.

                                                    Sincerely,
                                                  Patricia Celentano

*Patricia Celentano* (signature)