Exhibit F

November 20, 2023

Dear Honorable Judge Timothy J. Kelly,

     My name is Jennifer Blake. I have known Mr. Celentano for 38 years and have been his partner in life for the last 10. To give you my background I worked for US Airways until our merger with American Airlines for 33 years where I was a ramp agent and then a trainer until my retirement in June of 2022. I am writing this letter in the hopes that you will get a sense of the person Ralph is.

     When I met Ralph back in 87 he was a skateboarder and a surfer. He attended my prom with me. Then fast forward 30 years - we reunited and to my delight he was still the same person - a skateboarder and surfer with 2 additions a carpenter and a dad.

     Ralph is extremely passionate and proud of his 30 plus years as a union carpenter. On too many occasions to count we would pass buildings and he would describe his contribution to that building that made it possible. Ralph was badly injured while working in August of 2018 and has had to date 6 operations 3 spinal fusions 2 knee surgeries and 1 shoulder surgery. He is in constant physical pain but it's my opinion that the pain of not being able to do the job that he was so passionate and proud of is even worse - not to mention not being able to surf or skateboard.

     The other addition Ralph had when we reunited were his children. He has 6 and over the years I got to experience him as a dad.  Ralph is also a very kind and a selfless person. To give just a few examples when we were younger he was the guy who made sure everyone got home safely.  Another is a women and her daughter who got stuck with no gas and Ralph got them gas and followed them to make sure they got to the gas station. Another is I observed a gentleman stuck on the side of the road. I came home and told Ralph about it. Without hesitation Ralph got dressed, left the house and came home four hours later. Turns out this gentleman's key fob was the problem. He explained to Ralph that he had been stuck for 2 hours already and no one had stopped. He also had no money. Ralph bought this man food and gave him water and bought a battery. He also took our elderly neighbor to doctors appointments. There are so many examples like this. Whenever we are out if someone needs help no matter how big or small the need Ralph would do it.

     I also would like to try to explain how going through this process has affected both Ralph and I. He mentions often how remorseful he is and apologizes for letting me and himself down with his actions that day.  There has been many tears and tons of stress. He worries about me and I about him. If he was to be incarcerated we would both be losing our best friends.

     I hope this letter gives you a little bit of a sense of who Ralph is. Thank you for taking the time to read it.

     Sincerely,

     Jennifer Blake