UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 22-cr-186-TJK |
| | : | |
| RALPH JOSEPH CELENTANO, III | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The following video evidence has been made available to the Court electronically:

| File Name | Source | Description |
| --- | --- | --- |
| 601.mp4 | Trial Exhibit 601 | 13 second video showing Celentano saying "Someone's gotta do something!" When asked by someone off camera, "What do you think we should do?" Celentano replied, "Occupy the Capitol, it's our building." |
| 602.mp4 | Trial Exhibit 602 | 2 minute and 19 second video showing Celentano shoving an unknown law enforcement officer and ramming Officer Ellis. |
| 605.mp4 | Trial Exhibit 605 | 31 second video showing Celentano grappling with police riot shields and shoving unknown officers. |
| 701.1.mp4 | Trial Exhibit 701.1<br><br>Officer Abdi's BWC | 2 minute and 38 second BWC video showing Celentano chest bumping Officer Abdi, grappling with police riot shields, and shoving an unknown officer. Celentano is circled in yellow for easier visibility. |
| 702.mp4 | Trial Exhibit 702<br><br>BWC | 2 minute and 46 second BWC video showing Celentano ramming Officer Ellis. |
| 1005.3gp | Trial Exhibit 1005 | 14 second video depicting the chaos at the Capitol with Celentano saying, "We did it boys, we stormed the Capitol. Here we are, for all to see. A sea of American patriots." |

1

| Sentencing Exhibit 1.mp4 | Twitter/X | 42 second video showing Officer Ellis performing controlled baton strikes to assist an officer who was being choked and assaulted by another rioter. |
|---|---|---|
| Sentencing Exhibit 2.mkv | FBI post arrest interview | 56 minute and 05 second video showing Celentano's post-arrest FBI interview. |

          Respectfully submitted,

          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY
          D.C. Bar No. 481052

By:   /s/ *Jacqueline Schesnol*
       JACQUELINE SCHESNOL, AUSA
       AZ Bar No. 016742
       40 N. Central Ave., Suite 1800
       Phoenix, AZ 85004-4449
       jacqueline.schesnol@usdoj.gov

       */s/ Shalin Nohria*
       SHALIN NOHRIA, AUSA
       D.C. Bar No. 1644392
       601 D Street N.W.
       Washington, DC  20002
       shalin.nohria@usdoj.gov

## CERTIFICATE OF SERVICE

On this 22 day of November, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

          /s/ *Jacqueline Schesnol*
          Jacqueline Schesnol
          Assistant United States Attorney