## NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### District of Columbia

_____

**UNITED STATES OF AMERICA**                             Docket Number: **22-cr-186-TJK-1**

    -v-                             District Court Judge: **Honorable Timothy J. Kelly**

**RALPH JOSEPH CELENTANO, III,**
                                Defendant.
_____

Notice is hereby given that **RALPH JOSEPH CELENTANO, III** appeals to the United States Court of Appeals for the Second Circuit from the:

☒     **Judgment**
☐     **Order**
☐     **Other:** _____  entered in this action on **01/30/2024**

Offense occurred after November 1, 1987: ☒ **Yes**    The appeal concerns: ☐ Conviction Only
                                                           ☐ **No**                                 ☐ Sentence Only
                                                                                                              ☒ **Conviction and Sentence**

DATE:   **February 1, 2024**

| | |
|---|---|
| TO:   **AUSA, Shalin Nohria, Esq.** | **BARRY D. LEIWANT, ESQ.**<br>**Counsel for Appellant**<br>**FEDERAL DEFENDERS OF NEW YORK, INC.**<br>52 Duane Street - 10th Floor<br>New York, NY 10007<br>(212) 417-8700 |
| FROM:   **Ralph Joseph Celentano, III**<br>          Reg. No. 90245-509<br><br>       **Marissa Sherman, Esq.**<br>          *Of Counsel* | |

| **(TO BE COMPLETED BY ATTORNEY)** | **TRANSCRIPT INFORMATION - FORM B** |
|---|---|
| ►**QUESTIONNAIRE** | ►**TRANSCRIPT ORDER** ►**DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE)** |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>REASON:<br>☐  Daily copy is available<br>☐  U. S. Attorney has placed order<br>☐ Other: (Attach explanation) | ☐ Change of Plea Hearing:<br>☐ Trial:<br>☒ Sentencing Hearing(s):   **01/30/2024**<br>☐ Post-trial proceedings**:** |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b))  ➤ Method of payment ☐ Funds     ☐ CJA Form 24   ☒ **Federal Defenders of New York, Inc.**

Attorney's Signature:
*Marissa Sheman/bp*

Date:   **February 1, 2024**

➤COURT REPORTER ACKNOWLEDGMENT-To be completed by Court Reporter and forward to Court of Appeals.

| Date order received: | Estimated<br>Completion Date: | Estimated<br># of Pages: |
|---|---|---|
| | | |

Date _____        Signature_____
                                                                                                             (Court Reporter)